ALEXANDER B. CVITAN (SBN 81746),
J. DAVID SACKMAN (SBN 106703), and
PETER HUTCHINSON (SBN 225399), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: alc@rac-law.com; jds@rac-law.com; peterh@rac-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN JAMES ROBINSON, an individual and doing business as ROBINSON CONSTRUCTION CO.; and JEANNIE M. ROBINSON, <br><br> Defendants. | Case No. CV-98-2709 RJK (AJWx) <br> Related to Case No. 96-3386-RJK (AJWx) <br><br> [PROPOSED] ORDER FOR RENEWAL OF JUDGMENT AND AWARD OF POST-JUDGMENT ATTORNEYS FEES AND COSTS <br><br> Date: March 31, 2008 <br> Time: 1:30 P.M. <br> Ctrm: 1439 <br> Place: 255 East Temple Street <br> Los Angeles, CA |

Judgment was entered on June 8, 1999 (including judgment for attorneys fees entered on August 4, 1999) in favor of the plaintiffs, Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Gunite Workers' Pension Trust, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, and Laborers Contract Administration Trust Fund for Southern California (collectively "TRUST FUNDS"), and against the defendants, STEVEN

155600.1

1  JAMES ROBINSON, an individual and doing business as ROBINSON
2  CONSTRUCTION CO., and JEANNE M. ROBINSON, named in the complaint as
3  JEANNIE M. ROBINSON (collectively "JUDGMENT DEBTORS"). A motion for
4  renewal of the judgment and the award of post-judgment attorneys fees and costs has
5  been brought by the TRUST FUNDS (hereinafter "Motion"), with respect to which
6  the hearing is scheduled for March 31, 2008.

8  The JUDGMENT DEBTORS and TRUST FUNDS having stipulated to a
9  resolution of the matters raised in the Motion, as memorialized by the Stipulation for
10 Renewal of Judgment and Award of Post-Judgment Attorney Fees and Costs filed by
11 them jointly,

13 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
14 money portion of the judgment entered in this action against the JUDGMENT
15 DEBTORS, STEVEN JAMES ROBINSON, an individual and doing business as
16 ROBINSON CONSTRUCTION CO.; and JEANNE M. ROBINSON, is renewed as
17
18 follows:

| | | |
|---|---|---|
| a. | Total Judgment: | $19,663.65 |
| b. | Payments toward Judgment Balance: | $         0 |
| c. | Interest after Entry of Judgment computed through 3/3/2008 at 4.879% (accruing at $2.63 per day): | $ 8,380.42 |
| d. | Post-Judgment Costs: | $ 1,743.56 |
| f. | Post-Judgment Attorneys Fees: | <u>$14,514.00</u> |
| | **TOTAL Stipulated Renewed Judgment** | **$44,301.63** |

///

155600.1

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with the parties' stipulation, the Motion is withdrawn as moot.

DATED: March 4, 2008

_____
HON. ROBERT J. KELLEHER
DISTRICT COURT JUDGE

Submitted by:

ALEXANDER B. CVITAN,
J. DAVID SACKMAN, and
PETER A. HUTCHINSON, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
Attorneys for Plaintiffs/Judgment Creditors

By: _____/s/_____
PETER A. HUTCHINSON
Attorneys for Plaintiffs/Judgment Creditors

_____
STEVEN JAMES ROBINSON

_____
JEANNE M. ROBINSON

155600.1

-3-